IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00036-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES J. HARRIS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED: APRIL 02, 2012**

Status/Review Hearing set for April 17, 2012 at 1:30 p.m. is **VACATED** and rescheduled to April 10, 2012 at 2:00 p.m.